■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEON WRIGHT, Appellant.—Judgment unanimously modified, on the law, by reversing defendant's conviction of the crime of making a punishable false written statement, dismissing that count of the indictment, and vacating sentence imposed thereon, and otherwise judgment affirmed. Memorandum: Defendant's conviction of making a false written statement (Penal Law § 210.45) must be reversed as it was based solely on the testimony of a single witness without any independent corroborative proof (Penal Law § 210.50; *People v Le Mieux*, 51 NY2d 981; *People v Skibinski*, 55 AD2d 48). We have considered defendant's remaining contentions and find them without merit. (Appeal from judgment of Monroe County Court, Celli, J.—making a punishable false written statement and offering false instrument for filing, second degree.) Present—Dillon, P. J., Callahan, Boomer, Balio and Lawton, JJ.